KCR

KLEIN CIVIL RIGHTS

October 9, 2026

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The conference scheduled for October 20. 2026 is rescheduled to 3:00 PM on December 1, 2026. The Clerk of Court is directed to terminate ECF No. 6.

SO ORDERED.

October 13, 2026

Re: *Christopher Grant v. City of New York, et al.*, 26 CV 5923 (JMF)

Dear Judge Furman:

I represent the plaintiff in the above-referenced civil rights action. I write to respectfully request a 30-day enlargement of plaintiff's time under Fed. R. Civ. P. 4(m) to serve defendant Michal Vislocky, from October 11, 2026, to November 11, 2026.

The reason for this request is that on October 7, 2026, our process server attempted to serve defendant Vislocky at his last known business address, the NYPD's 83rd Precinct, and was informed that he no longer works at that command. We are working to confirm defendant Vislocky's current assignment so that he can be successfully served.

The other defendants – the City of New York, Tiara Hamilton, and Stephan Kroski – have been served, and plaintiff will file the affidavits of service on ECF.

Given the outstanding service issue, and that there has been no appearance to date by the City defendants, plaintiff also respectfully requests a corresponding adjournment of the telephonic initial pretrial conference currently scheduled for October 20, 2026, at 9:00 a.m. (ECF Doc. 5), together with the related deadline to file the joint letter and proposed Civil Case Management Plan, to a date after November 11, 2026, that is convenient for the Court.

These are plaintiff's first requests for an extension of the time to serve and for an adjournment of the initial conference. The complaint was filed on July 13, 2026 (ECF Doc. 1), and the current Rule 4(m) deadline is October 11, 2026. Because no counsel has yet appeared for any defendant, plaintiff has been unable to seek defendants' consent to these requests.

Thank you for your consideration.

Respectfully submitted,

Brett Klein

Brett H. Klein

**Brett H. Klein, Esq., PLLC · 233 Broadway, Suite 1720 · New York, New York 10279**
**(T): 212-335-0132 · (F): 212-335-0571**